AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>CHRISTOPHER JAMES MASTERSON<br><br>*Defendant(s)* | Case No.  2:22-mj-18 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  June 16, 2020 and June 20, 2020  in the county of  Chippewa  in the  Western  District of  Michigan , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a), (e) | Attempted sexual exploitation of children |
| 18 U.S.C. 2260A | Commission of a felony offense with a minor when required to register as a sex offender |

This criminal complaint is based on these facts:
See attached Continuation

☑ Continued on the attached sheet.

The Court processed the complaint remotely. The Court verified the affiant's identity (by AUSA confirmation and through Affiant's self-identification). Affiant attested to the continuation and complaint by telephone, which the AUSA transmitted by remote electronic means (email). The Court signed the original complaint and transmitted a correct copy of same to the applicant, via the AUSA by remote electronic means (email). The process complied with Rules 3 and 4.1.

*Complainant's signature*

Todd J. Wilton, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: MAY 9, 2022

*Judge's signature*

City and state:  Marquette, Michigan

Maarten Vermaat, U.S. Magistrate Judge
*Printed name and title*