UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,   Case No. 2:22-mj-18

        Plaintiff,   Hon. Maarten Vermaat
                                                      U.S. Magistrate Judge

v.

CHRISTOPHER JAMES MASTERSON,

        Defendant.
_____/

**ORDER FOR DETENTION**

Defendant appeared before the undersigned for an arraignment on May 18, 2022 on a complaint. At that hearing, Defense counsel advised that she would contact the Court to schedule a detention and/or a preliminary hearing after she had an opportunity to discuss these issues with Defendant Masterson.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: May 27, 2022                                                */s/ Maarten Vermaat*
                                                                 MAARTEN VERMAAT
                                                                 U.S. MAGISTRATE JUDGE