UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,                            Case no. 2:22-cr-10

v.                                                     Hon. Janet T. Neff
                                                      United States District Judge

CHRISTOPHER JAMES MASTERSON,

       Defendant.
_____/

**DEFENDANT'S MOTION FOR VARIANCE PURSUANT TO 18 U.S.C. § 3553(a)**

NOW COMES the defendant, Christopher James Masterson, by and through his attorney, Assistant Federal Public Defender Elizabeth A. LaCosse, and pursuant to *Gall v. United States*, 128 S. Ct. 586 (1997); *United States v. Grossman*, 513 F.3d 592 (6th Cir. 2008); and 18 U.S.C. § 3553(a), respectfully requests this Honorable Court grant a variance from the applicable guidelines in this case. The reasons which support this are set forth in Defendant's Sentencing Memorandum filed on this day as well.

                                                      Respectfully submitted,

                                                      SHARON A. TUREK
                                                      Federal Public Defender

                                                      /s/ Elizabeth A. LaCosse
                                                      ELIZABETH A. LACOSSE
                                                      Assistant Federal Public Defender
                                                      925 West Washington Street, Suite 104
                                                      Marquette, Michigan 49855
Dated: December 9, 2022                     (906) 226-3050